JOSHUA D. HURWIT, IDAHO STATE BAR NO. 9527
UNITED STATES ATTORNEY
DARCI W. CRANE, IDAHO STATE BAR NO. 8852
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
1290 W. MYRTLE ST. SUITE 500
BOISE, ID 83702-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NELS C. ANDERSON,<br><br>Defendant. | Case No.<br><br>**INFORMATION**<br><br>18 U.S.C. § 287 |

The United States Attorney charges:

### COUNT ONE

**False Claim**
**18 U.S.C. § 287**

On or about December 3, 2020, in the District of Idaho, the Defendant Nels C. Anderson, made and presented to the United States Department of Agriculture a claim upon and against the United States Department of Agriculture, that is, a claim against the Coronavirus Food Assistance Program 2 for the loss of livestock, knowing that the claim was materially false,

INFORMATION - 1

fictitious, and fraudulent in that he did not have the sales claimed in the application, all in violation of Title 18, United States Code, Section 287.

Dated this 26th day of October, 2022.

JOSHUA D. HURWIT  
UNITED STATES ATTORNEY  
By:

_____  
DARCI W. CRANE  
Assistant United States Attorney

INFORMATION - 2